# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

November 6, 2020

By ECF

Duty Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>      RE:     **U.S.A. v. Daniel Jou**, 20-MJ-368 (RML)

Your Honor:

With the consent of AUSA Josh Hafetz and the approval of Pretrial Services Officer Shavoy Atkinson, who has been supervising Mr. Jou, as well as all of the suretors, I, respectfully, request that the conditions of Mr. Jou's release be modified to include home detention instead of home incarceration, so that he may work outside of his home on a schedule to be directed by Pretrial Services.

Thank You for Your attention to and consideration in this matter.

Respectfully Submitted,

Michael P. Padden

Michael P. Padden, Esq.
Assistant Federal Defender
718-330-1240
michael_padden@fd.org

cc:  AUSA Josh Hafetz

    USPTSO Shavoy Atkinson

1

2