# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David E. Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

May 25, 2021

By ECF

Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    <u>**U.S.A. v. Daniel Jou**</u>, 20-CR-513 (WFK)

Your Honor:

      With the approval of Pretrial Services Officer Shavoy Atkinson, who has been supervising Mr. Jou, and no objection from AUSA Josh Hafetz, I am, respectfully, requesting that the conditions of Mr. Jou's release on bond be modified to allow for a curfew to be determined by Pretrial Sevices in place of home detention. This will allow for more flexibility in Mr. Jou's ability to respond to requests for his work as a pest exterminator and attendance at church activities.

      Thank You for Your attention to and consideration in this matter.

Respectfully Submitted,

*Michael P. Padden*

Michael P. Padden, Esq.
Assistant Federal Defender
718-330-1240
michael_padden@fd.org

cc:  AUSA Josh Hafetz

     USPTSO Shavoy Atkinson