# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

November 8, 2021

By ECF and Email
Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    <u>U.S.A. v. Daniel Jou</u>, 20-CR-513 (WFK)

Your Honor:

      As You know, Mr. Jou has been operating his family's pest control business since his father died. There is a "Pest Expo" on Friday, November 12, 2021 at the George Washington Bridge Doubletree Hotel in Fort Lee, New Jersey that he wishes to attend for training and credits. He and I have discussed this with U.S. Pre-trial Services Officer Shavoy Atkinson, who has been supervising Mr. Jou, and he approves of Mr. Jou's attending. AUSA Josh Hafetz who is prosecuting the case has no objection. Therefore, I am, respectfully, requesting that the conditions of Mr. Jou's release on bond, be modified to allow him to travel to New Jersry for the day to attend this employment trade related event from 8:00 a.m. until 6:00 p.m. More specific details of his will, of course, be provided to Pretrial Services if required.

      Thank You for Your attention to and consideration in this matter.

      Respectfully Submitted,

*Michael P. Padden*

Michael P. Padden, Esq.
Assistant Federal Defender
718-330-1240
michael_padden@fd.org

cc:  AUSA Josh Hafetz

      USPTSO Shavoy Atkinson